

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

*FILED*

JUL 2 4 2006

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

|  |  |  |
|---|---|---|
| ABDULQADER ALI Al BAKRI,<br>ELIZABETH AL BAKRI,<br>    Plaintiffs, | )<br>)<br>)<br>) |  |
| v. | )<br>) | Civil Action No. _06 C 3986_ |
|  | )<br>)<br>) | Judge Coar<br>magistrate<br>Judge<br>Schenkier |
| GERARD HEINAUER, Acting District<br>Director, Chicago District Office,<br>U.S. Citizenship and Immigration Services;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>ALBERTO GONZALES, Attorney General<br>of the United States;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |

## COMPLAINT

COMES NOW, Plaintiffs, Abdulqader Ali Al Bakri and Elizabeth Al Bakri, in the

above-styled and numbered case, and for cause of action would show unto the Court the

following:

## I. INTRODUCTION

1.    This is a civil action seeking mandamus, declaratory, and injunctive relief based on the failure of the United States Citizenship and Immigration Services ("CIS") to adjudicate the I-130 petition filed by Elizabeth Al Bakri and the application for adjustment of status filed by Abdulqader Ali Al Bakri. The applications were filed on August 1, 2001.

## II. JURISDICTION

2.    This Court has jurisdiction over the present action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction); 28 U.S.C. § 2201 (Declaratory Judgment Act); 5 U.S.C. § 555 and § 701 et seq. (Administrative Procedures Act); and 28 U.S.C. § 1361 (mandamus statute). Relief is requested pursuant to said statutes.

## III.    VENUE

3.    Venue is appropriate in the District Court for the Northern District of Illinois. See 28 U.S.C. § 1391(e). Plaintiffs reside at 7705 Keating Avenue, Chicago, Illinois, 60652, which is within the jurisdiction of the Northern District of Illinois.

## IV. PLAINTIFFS

4.     Plaintiff Abdulqader Ali Al Bakri is a citizen of Yemen. He was born on March 1, 1968. Plaintiff Elizabeth (Gonzales) Al Bakri is a United States citizen. Plaintiffs were married on July 9, 2001.

5.     Abdulqader Ali Al Bakri is an applicant for adjustment of status in the United States. His application for adjustment of status was filed with United States Citizenship and Immigration Services (CIS) Chicago District Office on August 1, 2001 and remains pending. The adjustment application is based on the I-130 petition that Plaintiff Elizabeth Al Bakri filed on behalf of her husband when the adjustment of status application was filed. Plaintiffs have not received a decision on the I-130 petition or the I-485 application.

## V. DEFENDANTS

6.     Defendant Gerard Heinauer is the Acting Director of the CIS Chicago District Office. This is the local CIS Office having jurisdiction over Plaintiff's adjustment of status application and where the Plaintiff's adjustment of status application was filed. The Chicago District Office has original jurisdiction over family based adjustment of status applications as well as the I-130 petition.

7.    Defendant Emilio T. Gonzalez is the Director of United States Citizenship and Immigration Services.

8.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security. As a result of a massive reorganization, the Immigration and Naturalization Service was dissolved on March 1, 2003 and its functions were taken over by the Department of Homeland Security. "CIS" is a branch of the Department of Homeland Security.

9.    Alberto Gonzales is the Attorney General of the United States.

10.    All Defendants are being sued in their official capacities.

## VI. FACTUAL BACKGROUND

11.    Plaintiff Abdulqader Ali Al Bakri is an applicant for adjustment of status in the United States. Abdulqader Ali Al Bakri married his spouse, Elizabeth Gonzalez, on July 9, 2001. See Exhibit A (copy of marriage license).

12.     Based upon Abdulqader Ali Al Bakri's marriage to Elizabeth Gonzalez, a United States' Citizen, he applied to adjust his status to that of Permanent Resident Alien by concurrently submitting Form I-130 and Form I-485 on August 1, 2001. *See* Exhibit B (copy of Abdulqader Ali Al Bakri I-130/I-485 Receipt Notice and receipt showing the filing fees were paid). The I-130 form is the petition filed Elizabeth Al Bakri on behalf of her husband that serves as the basis of establishing eligibility for adjustment of status. The I-485 is filed by the person seeking to become a lawful permanent resident and can be adjudicated concurrently with the I-130. The I-485 is the adjustment of status application.

13.     On February 6, 2002, Abdulqader Ali Al Bakri attended a fingerprint/biometrics appointment with the CIS Chicago District Office, as he was notified to do by CIS in order to continue the processing of his adjustment of status application. *See* Exhibit C, (Local Processing Sheet from Chicago District Office).

14.     On November 7, 2003, Abdulqader Ali Al Bakri attended a fingerprint/biometrics appointment with the CIS Chicago District Office, as he was notified to do by CIS in order to continue the processing of his adjustment of status application. *See* Exhibit D, (Appointment Notice for Fingerprints and Local Processing Sheet).

15.    On February 17, 2004, Plaintiffs attended an interview with the CIS Chicago District Office, as they were notified to do by CIS in order to continue the processing of the I-130 and adjustment of status applications. *See* Exhibit E, (Interview Notice for I-485 Application with CIS Chicago).

16.    On August 3, 2005, Plaintiff inquired as to the status of his case with the Chicago District Office. *See* Exhibit F, (Status Inquiry Form).

17.    On August 5, 2005, Elizabeth Al Bakri wrote a letter to CIS Chicago District Office explaining that her husband's passport was taken by the Officer because he was going to take two months to investigate why two pages were allegedly missing in Abdulqader Ali Al Bakri passport. *See* Exhibit G, (See Letter from Elizabeth Al Bakri, August 5, 2005).

18.    On December 13, 2005, Elizabeth Al Bakri wrote a letter to the CIS Chicago District Office explaining that her husband's passport was taken by Officer Dominquez. She stated that the passport had not been returned by CIS and that they had not received any response. *See* Exhibit H, (See Letter from Elizabeth Al Bakri, December 13, 2005).

## VII. CAUSE OF ACTION

19.    Plaintiffs incorporate by reference paragraphs 1-18 of the Complaint.

20.    Plaintiffs are requesting that Defendants immediately take all actions necessary to adjudicate the I-130 and adjustment of status applications.  These applications have been pending since August 1, 2001.  Plaintiffs have not been informed of a decision on either the I-130 or I-485.

21.    Plaintiffs have a clear right to have the I-130 and adjustment of status applications adjudicated in a timely manner.  The adjudication of immigration applications is a ministerial, non-discretionary task that Defendants must perform within a reasonable period of time.  See Yu v. Brown, 36 F.Supp.2d 922, 931 (D.N.M. 1999).

22.    Defendants have failed to properly carry out their adjudicative functions delegated to them.  The Government officials and Agencies named in the Complaint violated their statutory and regulatory duties owed to Plaintiffs to timely adjudicate the I-

130 and I-485, which have been pending almost five years. See 5 U.S.C. §
555(b)(Agency required to conclude matters presented to it within a reasonable period
of time). This is certainly ample time to complete any investigation and issue a deci-
sion. The delay in adjudicating the case is entirely unreasonable.


23.    No other adequate remedy is available to the Plaintiffs. The delay in processing
is unjustified. Plaintiffs have made inquiries regarding the status of the applications but
have not received a decision from CIS. Thus, Plaintiffs have been forced to file the in-
stant Complaint.


24.    The delay has resulted in significant hardship to Plaintiffs. Abdulqader Ali Al
Bakri has been deprived of the status of lawful permanent residence during the pend-
ency of his application. As a result, he will not be able to apply for citizenship for un-
due period of time. He also must apply for employment authorization each year and
cannot travel outside of the United States. Elizabeth, as Abdulqader Ali Al Bakri's
wife, has also suffered hardship as she cannot move on with her life until the uncer-
tainty surrounding the applications is resolved. The long delay has caused undue stress
to Plaintiffs.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court:

(1)     Assume jurisdiction of this cause;

(2)     Declare that the delay in adjudicating the I-130 and I-485 applications
is unreasonable.

(3)     Compel the Defendants and those acting under them to perform their
duties as required under the applicable statutes and regulations relating
to adjudication of adjustment of status applications and immigrant visa
petitions.

(4)     Compel Defendants to immediately take all actions necessary to adjudi-
cate the I-130 petition filed by Elizabeth Al Bakri and the I-485 adjust-
ment of status application filed by Abdulqader Ali Al Bakri within 30
days of this Court's Order.

(5)     Grant reasonable attorney's fees;

(6)     Grant any other relief as this Court deems proper.

Dated:       7-20-00

Respectfully submitted,

Scott Eric Bratton
Attorney for Petitioner
3150 Chester Ave.
Cleveland, Ohio 44113
(216) 566-9908
(216) 566-1125 (fax)

## LIST OF ATTACHMENTS

Exhibit

| | |
|---|---|
| A | Copy of Marriage Certificate |
| B | Copy of I-485 Receipt Notice |
| C | Copy of Local Processing Sheet for Fingerprints |
| D | Copy of Fingerprint Notice Receipt and Local Processing Sheet |
| E | I-485 Interview Appointment Notice |
| F | Status Inquiry Form on Status of I-485 with Chicago District Office |
| G | Letter to CIS from Plaintiff's Spouse, August 5, 2005 |
| H | Letter to CIS from Plaintiff's Spouse, December 13, 2005 |

Ex.

A



EX.

B



**Immigration & Naturalization Service**
**10 West Jackson Boulevard**
**Chicago, Illinois 60604**

1 1 2 0 0 1

10/24/01
A 78 852 355

**ALI AL BAKRI-ABDULQADER**
5250 S TROY AVE -2
CHICAGO, IL 60632

Dear Applicant.

    We have received your application for lawful permanent residence in the United States. Your receipt date is **08/01/01** . We currently have approximately 18 months from receipt date to interview.

    You will receive a notice for your fingerprints, and subsequently a letter for interview approximately two months prior to your appointment date. The appointment letter will advise you what is needed at the time of interview.

**FURTHER:**

A) If you applied as a family, all members of the family must be present at the interview.

B) If you are a diversity lottery winner, and do not receive an appointment for prints and interview one month after receipt of this letter, contact the office immediately, make a copy of this letter, and explain that you are a DV case and have not received your appointment for interview. Your adjustment must be completed before September 30th of the filing year.

C) If you are filing as a child, under 21 years of age, and will reach your 21st birthday before the normal backlog period is reached, please notify this office IMMEDIATELY, in order that the application can be processed timely.

    If you have filed a request for employment authorization you must appear in person at our office on 11/20/01 at 8:50AM. Bring this letter, your receipt of payment and personal identification. Please make every attempt to keep this appointment. **Please report to Booth 15 on the 2nd floor.** It is important to bring your driver's license/State I.D., passport, marriage license, if married. to establish identify. Also remember to bring the original **Receipt** (no copies) with you letter.

Since you have an application for adjustment pending and need to travel outside of the United States, you must file form I-131. Permission to travel is not an automatic grant. If at the time you file the application for residency, you were out of status or illegally in the United States for 6 months or longer, advance parole WILL NOT BE GRANTED. If the application is filed and you are denied, the filing fee is not refundable.

If you do not fall into either category B or C, please do not inquire about the status of your application prior to the backlog period mentioned. It will only further delay the processing time. Any ADDRESS CHANGES should be mailed with a copy of this letter to U.S. INS, P.O. Box A3462, Chicago, Illinois 60690-3462.

Sincerely

Brian R. Perryman
District Director

08/03/01

ABDULQAD AL-BAKRI
5250 S. TROY AVE.    APT#2                    112001
CHICAGO, ILL 60632

Dear Applicant,
      We have received your application for lawful permanent residence in the United States. Your
receipt date is 08-01-01 . We currently have approximately 26months from receipt date to interview.
      You will receive a notice for your fingerprints, and subsequently a letter for interview approximately
two months prior to your appointment date. The appointment letter will advise you what is needed at the
time of interview.
**FURTHER:**
A) If you applied as a family, all members of the family must be present at the interview.
B) If you are a diversity lottery winner, and do not receive an appointment for prints and interview one
month after receipt of this letter, contact the office immediately, make a copy of this letter, and explain that
you are a DV case and have not received your appointment for interview. Your adjustment must be
completed before September 30th of the filing year.
C) If you are filing as a child, under 21 years of age, and will reach your 21st birthday before the normal
backlog period is reached, please notify this office IMMEDIATELY, in order that the application can be
processed timely.

If you have filed for a work authorization card, you will receive an appointment letter for the initial card
within 90 days. If you choose to file for employment authorization at a later date, you must submit the
Form I-765. Request for work authorization by mail. Employment Authorization will not be issued on a
walk-in basis. Please send the completed I-765 with proper fee to the following address:
                    **U.S. Immigration and Naturalization Service**
                    **P.O. Box A3462, Chicago, Illinois 60690-3462**
                    **Attn: EAD**
Since you have an application for adjustment pending and need to travel outside of the United States, you
must file form I-131. Permission to travel is not an automatic grant. If at the time you file the application for
residency, you were out of status or illegally in the United States for 6 months or longer, advance parole
WILL NOT BE GRANTED. If the application is filed and you are denied, the filing fee is not refundable.

If you do not fall into either category B or C, please do not inquire about the status of your application prior
to the backlog period mentioned. It will only further delay the processing time. Any ADDRESS CHANGES
should be mailed with a copy of this letter to U.S. INS, P.O. Box A3462, Chicago, Illinois 60690-3462.

Sincerely,

Brian R. Perryman
District Director

I N S
CHICAGO, ILL.

## 112001

08/01/01

**0003**
AL BAKRI #
ABDULBADER #
009 3-1-68 #
I-485 W-0 GLPP
                225.00
F-058            25.00
I-195           190.00
I-130           110.00
SUBTTL          455.00
            455.00
CHECK           245.00
CHECK           100.00
CHECK           110.00

4 ITEMS

1:39 001 001 10:52
OHARA, YOL



# ASC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available

NAME: _ALBAHRI_ _ABDULQADER_ _ALI_

Last        First        Middle        Suffix

DATE OF BIRTH: _68_ _3_ _1_ PHONE #: _773 / 776 - 0001_

Year   Month   Day

PLACE OF BIRTH: _YEMEN_ SEX: (Male or Female) ~~Female~~

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native ____ Black ____ White (Hispanic also check)

____ Asian or Pacific Island ____ Unknown

HEIGHT: _5'_ Feet _5_ Inches       WEIGHT: _130_ Pounds

EYE COLOR: Check the most appropriate code below:

___ Black ___(Brown)___Green ___Gray ___Pink ___Hazel ___Blue ___Maroon

HAIR COLOR: Check the most appropriate code below:

___ Black ___Bald ___White ___Sandy ___Red ___Gray ___Blonde ___Brown

COUNTRY OF CITIZENSHIP: _YEMEN_

SOCIAL SECURITY NUMBER: _333_ — _96_ - _3040_

ALIEN REGISTRATION NUMBER: A _078852355_

LIST ANY OTHER NAMES YOU HAVE USED:

| Last | First | Middle | Suffix |
|---|---|---|---|
| | | | |

RESIDENCE ADDRESS: _2344 W 79th St_ _Chicago_ _Ill_ _60620_

Street number and name    City    State    Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _____

```
                    LOCAL AIW STAMP
FD-258 COMPLETED AT INS/ASC _____
ON: 4/6/02 BY: _____
```

Attachment 3-B
Change 3
11/20/01

Ex

D



**DEPARTMENT OF HOMELAND SECURITY**
BUREAU OF CITIZENSHIP & IMMIGRATION SERVICES

*10 West Jackson Blvd.*
*Chicago, Illinois 60604*

*NOVEMBER 03, 2003*
A# 78852355

ABOUHQADER ALI AL BAKRI
7705 S. KEATING
CHICAGO, IL 60652

VIVIAN R. KHALAF
6000 W. 79TH STREET
BURBANK, IL 60459

Dear Applicant,

For INS to continue processing your application, you must go to an INS Application Support Center to have your fingerprint taken. Below is the Center's address and hours of operation:

| ASC | Hours of Operation | 7 day period beginning |
|---|---|---|
| Immigration and Naturalization Service Application Support Center 5160 South Pulaski Road Chicago, Illinois 60632 | Sun, Mon - Closed Tue, Wed, Thu, Fri, Sat | NOVEMBER 12, 2003 8:00 a.m. to 3:30 p.m. |

If you cannot go to the INS Application Support Center on your scheduled seven day period, you may go on any Wednesday following your scheduled seven day period, as long as you come in **within 84 days** from the scheduled week. If you do not have them taken within that period, your application may be considered abandoned and denied pursuant to 8 CFR 103.2(b)(13).

When you go to have your fingerprints taken, you must bring: 1) THIS NOTICE; and 2) photo identification, such as your passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS issued photo ID. If you appear without this notice and proper photo identification, you will not be fingerprinted. This may cause a delay in the processing of your application.

Please take note that the staff at the Application Support Centers will not be able to answer any questions about the status of your application.

REASON:       I-485

# ASC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

**NAME:** Albakri _____ AbdulQader _____ Ali _____ _____
          Last             ABEULHGADER First      Middle     Suffix

**DATE OF BIRTH:** 68 _____ 3 _____ 1 _____ **PHONE #:** (773) 737-4200
            Year    Month    Day

**PLACE OF BIRTH:** Yemen _____ **SEX:** (Male or Female) Male

**RACE:** Check the most appropriate code below:

____ American Indian or Alaskan Native    ____ Black    ____ White (Hispanic also check)

____ Asian or Pacific Island    ____ Unknown

**HEIGHT:** 5 Feet 05 Inches          **WEIGHT:** 105 Pounds

**EYE COLOR:** Check the most appropriate code below:

__ Black  X Brown  ____ Green  ____ Gray  ____ Pink  __ Hazel  __ Blue  _____ Maroon

**HAIR COLOR:** Check the most appropriate code below:

X Black  ____ Bald  ____ White  ____ Sandy  ____ Red  __ Gray  ____ Blonde  X Brown

**COUNTRY OF CITIZENSHIP:** _____ Yemen _____

**SOCIAL SECURITY NUMBER:** 333 - 96 - 3040

**ALIEN REGISTRATION NUMBER:** A 073852355

**LIST ANY OTHER NAMES YOU HAVE USED:**
~~Peter~~ AbdulQader Ali Albakri
           Last          First        Middle     Suffix

**RESIDENCE ADDRESS** (List mailing address if different from residence):

7705 S. Keating _____ Basement _____ Chgo _____ IL _____ 60652
Street number and name      Apartment #    City    State    Zip Code

**REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400):** I-485

| LOCAL AIW STAMP | | |
|---|---|---|
| FD-258 Completed at ASC | XCP | |
| On: _____ By: | P25 F3H | |
| QC Check Completed By: | 15809? | |

**DEPARTMENT OF HOMELAND SECURITY**
BUREAU OF CITIZENSHIP & IMMIGRATION SERVICES

*539 South LaSalle Street.*
*Chicago, Illinois 60605*

DATE: January 15, 2004
FILE NUMBER: A78852355

ABOUHQADER ALI AL BAKRI
7705 S. KEATING
CHICAGO IL 60652
6

## APPOINTMENT NOTICE

You are scheduled for an interview on your application, I-485 to adjust status to that of lawfully admitted for permanent residence. Please appear at the INS Office, 230 South Dearborn Street, 2nd Floor, Chicago, IL on 2/17/2004 at 10:40:00 AM.

Please read this notice carefully and follow the instructions below:

- Comply with the attached "ADJUSTMENT INTERVIEW DOCUMENTARY REQUIREMENTS"

- Your petitioner must accompany you to the interview.

- You must bring evidence of your legal entry into the United States including your passport and form I-94. You and your petitioner must bring photo identification. If your petitioner is a Permanent Resident, he or she must bring their Alien Registration Card.

- If you do not speak English, an adult (other than a family member), who can act as an interpreter, must accompany you to the interview. If you require a sign language interpreter please notify us immediately at TDD (312) 385-1813.

Failure to appear for the scheduled interview will be deemed an abandonment of the application and will result in a denial of the application pursuant to 8 CFR 103.2(b)(13). Also, failure to bring the documents requested of you as indicated on the attached "Adjustment Interview Documentary Requirements" may result in denial of the application due to lack of prosecution.

Sincerely,

Donald J. Monica
Interim District Director

VIVIAN R. KHALAF
6000 W. 79TH STREET
BURBANK, IL 60459

Are you a person with a disability? Need accommodation? An accommodation is assistance needed to help you use our services.

If you want to request an accommodation, you can use this form. You should send it to us before your interview, preferably two weeks before your appointment. (If you already sent a request for an accommodation, you do not have to send us this form). We do not charge for an accommodation.

_____ I am deaf or hard of hearing and I need a sign language interpreter who uses the following language _____ .

_____ I use a wheelchair.

_____ I am blind or visually impaired.

_____ I will need another type of accommodation. Please explain:

_____

Return this form as follows (after making a copy for yourself):

For the Application to Register Permanent Residence or Adjust Status (I-485), send the form to: BCIS, 230 South Dearborn, Chicago, IL 60604-ATTENTION-SDAO.

For the Application for Advance Parole (I-131), send the form to: BCIS, 10 West Jackson Boulevard, Chicago, IL 60604, ATTENTION-ADDE.

For the Petition for Alien Relative (I-130), send the form to: BCIS, 10 West Jackson Boulevard, Chicago, IL 60604, ATTENTION-ADDE.

For the Petition to Remove Conditions on Residence (I-751), send the form to: BCIS, 10 West Jackson Boulevard, Chicago, IL 60604, ATTENTION-ADDE.

For the Application for Naturalization (N-400), send the form to: BCIS, 539 South LaSalle Street, Chicago, IL 60605, ATTENTION-SDAO.

For the Application for Certificate of Citizenship (N-600), send the form to: BCIS, 539 South LaSalle Street, Chicago, IL 60605, ATTENTION-SDAO.

For the Application for Certificate of Citizenship on Behalf of Adopted Child (N-643), send the form to: BCIS, 539 South LaSalle Street, Chicago, IL 60605, ATTENTION-SDAO.

For the Application for Replacement Naturalization/Citizenship Document (N-565), send the form to: BCIS, 539 South LaSalle Street, Chicago, IL 60605, ATTENTION-SDAO.

For a Request for Hearing on a Decision Naturalization Proceedings Under Section 336 of the Act (N-336), send the form to: BCIS, 539 South LaSalle Street, Chicago, IL 60605, ATTENTION-SDAO.

NOTE: To request a sign language interpreter, you have a choice. You can send this form or you can call our TTY phone at (312) 385-1813.



DEPARTMENT OF HOMELAND SECURITY
U.S. Citizenship and Immigration Service
**Chicago District Office**

*I-551 status* (handwritten)

**STATUS INQUIRY FO**

DATE: _____

## CORRESPONDENCE DETAILS

**On Behalf of (Applicant):**

A Number: A078852355

Name: Abaakri  AbdulQader  A
    Last      First      Middle

Mailing Address: 7705 S. Keating Apt # 1

City: Chicago State: IL Zip Code: 60652

Daytime Phone Number: (773) 865-4405

Country of Birth: Yemen Date of Birth: _____

☐ Check box if author is same as applicant
    (DO NOT complete the following if box is checked)

**Type of inquiry:**
☐ Applicant ☐ Attorney ☐ CBO

Name: _____
    Last      First      Middle

Firm / Organization: _____

Mailing Address: _____

Suite # or Apt. # : _____

City: _____ State: _____ Zip Code ____

Phone No : _____

## CORRESPONDENCE INFORMATION

☐ **Check if telephonic inquiry**

Class: **GENERAL**    Request Type (check all that apply): ☐ Address Change    ☐ General    ☒ Received Docu

Type of Application (check one): ☒ Adjustment of Status    ☐ Citizenship

FORM FILED (check boxes below that apply):    **DATE APPLICATION FILED:** _____

☐ I-130    ☐ I-485    ☐ I-751    ☐ I-765    ☐ I-824

☐ N-336    ☐ N-400    ☐ N-565    ☐ N-600    ☐ N-643    ☐ Other: _____

REQUEST RESCHEDULE FOR (check one): ☐ Interview    ☐ Oath    ☐ Fingerprinting

Additional Comments: _____
_____

\*\*\* INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
    REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\* CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT.

Signature: _A. AB_     Date: 8-3-05

\*\*\* MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CTI Revised 08/14/03



To Whom it may Concern          8-5-05

    I am writting you
regarding my husbands passport.
We had an Interview on
our application I-485. Well
at our interview our (his) 2-17-04
Passport was tooken by our
Interviewer. The lady told my
husband that she had to
Investigate the passport, because
it had 2 pages ripped, that
it would c take 2 months
For us to receive it in the
mail now its going on 1year
& 6 months and still No
answer. I am really concerned
about it, can you please write
me back & let me know what
is going on with his case.
                    Thank You
Abdul Qader Ali Albakri   Sincerely
7705 S. Keating                    Elizabeth
Chicago IL 60652                   Albakri
P.S. Copies are attached.

Dear Officer Dominguez

I am writting you Regarding my husbands passport. We had an interview on Feb 17, 2004 Regarding Application number I-485 At the time of our Interview, his passport was taken by the interviewer, Officer Dominguez. My husband was told at that time, that you needed to investigate why two pages were Ripped out. You told us, it would take up to two months for us to recieve it back, via U.S. mail. At present time, it has been 1year and 6 months And Still we have no information Regarding its Status. For this, I hope you can understand we are co-cerned. If you would please be so kind And s ther call us by phone or inform us through the .... we would surely Appreciate this.

From: Sa_____ Ali Albakri
_____ S Keating
_____ Il 6065_
___ ___ ___-4405
___ ___ 737-4200
___ ___ 233-0259

Thank You
Sincerly

Elizabeth
Albakri